IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC KEVIN SECHLER,<br>    Plaintiff,<br>    v.<br>DAVID THOMAS, *et al.*<br>    Defendants | :<br>:<br>: Case No. 3:22-cv-3-KAP<br>:<br>: |

Memorandum Order

I ordered plaintiff's complaint to be served on defendant Thomas and the Marshal accordingly did so, beginning as is customary with a waiver of service. No waiver has been returned, nor has counsel appeared for defendant.

The Marshal shall therefore make personal service of the complaint on defendant Thomas as directed by plaintiff, costs of service to be advanced by the United States. Pursuant to Rule 4, upon service defendant Thomas shall show cause why service costs should not be imposed on him.

DATE: June 16, 2022

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Eric K. Sechler
726 South Street
Berlin, PA 15530

1